# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **19MJ11733** |
| Plaintiff, | <u>COMPLAINT FOR VIOLATION OF</u> |
| v. | Title 8, U.S.C., Section 1324(a)(1)(A)(ii) Transportation of Illegal Aliens (Felony) |
| Derek Eugene FISHER, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about December 5, 2019, within the Southern District of California, defendant, Derek Eugene FISHER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien,

Manuel SANCHEZ,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempted to transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

1     And the complainant states this complaint is based on the attached Statement of Facts,

2  which is incorporated herein by reference.

3

4                               MIGUEL FLORES

5                               BORDER PATROL AGENT

6

7     SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6th

8  DAY OF DECEMBER, 2019.

9

10                               HON. RUTH BERMUDEZ MONTENEGRO

11                               U.S. MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES OF AMERICA
       v.
Derek Eugene FISHER

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report by Border Patrol Agent (BPA) J. Martinponce, that defendant, Derek Eugene FISHER (FISHER), a United States Citizen (USC), was arrested on December 5, 2019 near Brawley, California, for transporting one undocumented alien in violation of Title 8, United States Code, Section 1324.

On December 5, 2019, BPA M. Clinton was assigned to the El Centro Sector Intelligence Team (FIT) to conduct anti-smuggling and intelligence duties within the El Centro Sector Area of Responsibility.

During the course of his duties, at approximately 5:37 p.m., BPA Clinton received information regarding a target alien smuggling conveyance traveling eastbound on Interstate 8 (I-8). The vehicle was a 1996 Chevrolet Silverado (Silverado). BPA Clinton relayed this information to other FIT agents and they headed to I-8 in an attempt to intercept the Silverado. FIT agents positioned themselves in a rest area located on I-8 near Seeley, California where they observed the Silverado traveling eastbound on I-8. At this time, FIT agents began mobile surveillance on the Silverado as it continued eastbound to El Centro, California and then north to Brawley, California. Once in Brawley, California, the Silverado parked at a football field and FIT agents noticed a black male driver and a Hispanic passenger. The driver of the Silverado was later identified as Derek Eugene

FISHER (FISHER). FIT agents also observed the passenger wearing a reflective vest which FIT agents found suspicious due to the fact that smugglers usually instruct aliens to wear reflective vests when crossing illegally into the United States to blend in with construction workers who work in the area.

FISHER stayed parked at the football field's parking lot for approximately 20 minutes and did not exit the Silverado. FISHER then drove the Silverado to Main St. Brawley driving in and out from different parking lots and making several U-Turns to travel on opposite directions. FISHER then drove eastbound on Main St. Brawley and continued east onto Highway 78 towards Blythe, California. Due to their observations and the behavior of the target vehicle driver, FIT agents decided to conduct a vehicle stop to further investigate. FIT agents following the Silverado activated their unit's emergency lights and sirens to conduct a vehicle stop. The Silverado yielded near the intersection of Gecko Rd. and Highway 78 near Brawley, California.

BPA Diaz approached the Silverado, identified himself as a BPA, and questioned FISHER as to his citizenship. FISHER stated he is a United States citizen. BPA Diaz then questioned the passenger as to his citizenship and the passenger admitted to being a citizen of Mexico without immigration documents to be in the United States legally. At approximately 7:35 p.m., the passenger was placed under arrest for his illegal presence in the United States. The passenger of the Silverado was identified asManuel SANCHEZ (SANCHEZ).

**1**   At this time BPA Clinton placed FISHER under arrest for alien smuggling. FISHER

**2**  and SANCHEZ were then transported to the Calexico, California Border Patrol Station for

**3**  further processing.

**4**

**5**   FISHER was read his Miranda Rights. FISHER stated he understood his rights and

**6**  was willing to answer questions without the presence of a lawyer. FISHER stated he was

**7**  asked to do a favor for a friend known as "Jess". "Jess" filled up FISHER's car with gas and

**8**

**9**  gave FISHER the directions of travel to pick up a person at the Tecate, California border and

**10**  transport that subject to Los Angeles, California. FISHER stated "Jess" did not offer to pay

**11**  him for the favor.

**12**

**13**   On December 05, 2019, FISHER traveled to Tecate, California to pick up the subject.

**14**  Once FISHER picked up the subject, FISHER stated he was contacted via phone and was

**15**  given directions of travel to avoid immigration authorities. FISHER admitted this was

**16**

**17**  strange, but that at that point it was too late to turn back. FISHER stated that he was set to

**18**  take the subject to Los Angeles, California but it was unsuccessful as he was apprehended by

**19**  Border Patrol.

**20**

**21**   The Material Witness stated he was going to pay $8,000 United States Dollars (USD)

**22**  to be smuggled into the United States.

**23**   The Material Witness was able to identify FISHER as the driver who picked him

**24**

**25**  up at the highway and was driving the vehicle when apprehended by Border Patrol.

**26**

**27**

**28**

The complainant states the name of the Material Witness are as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Manuel SANCHEZ | MEXICO |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

6