

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 19cr05288-AJB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) – Transportation of Certain Aliens |
| DEREK EUGENE FISHER, | |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about December 5, 2019, within the Southern District of California, defendant DEREK EUGENE FISHER, knowing and in reckless disregard of the fact that an alien, namely, Manuel Sanchez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: 1/02/2020 .

ROBERT S. BREWER, JR.
United States Attorney

ALICIA P. WILLIAMS
Assistant U.S. Attorney

APW:tld:12/23/2019